Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com

Jerrod C. Patterson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
jerrodp@hbsslaw.com

*Attorney for Plaintiffs and the Proposed
Classes*

Eric J. Harrison (*pro hac vice* forthcoming)
ATTORNEY WEST SEATTLE
5400 California Ave. SW Suite E
Seattle, WA 98136
Telephone: (206) 745-3738
Email: eric@attorneywestseattle.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID BUI-FORD, IGOR KRAVCHENKO, MICAH SIEGAL, and LUCAS BUTLER, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,

Defendant.

Case No. 3:23-cv-02321

**PLAINTIFFS IGOR KRAVCHENKO AND MICAH SIEGAL'S NOTICES OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs Igor Kravchenko and Micah Seigal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss all their claims in this action against Defendant Tesla, Inc. d/b/a Tesla Motors, Inc., without prejudice. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, dismissal without prejudice is appropriate. *See* Fed. R. Civ. P. 41(a)(1)(A) and (a)(1)(B).

Dated: August 1, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                          By: */s/ Jerrod C. Patterson*
                                          Jerrod C. Patterson
                                          1301 Second Ave., Ste. 2000
                                          Seattle, WA 98101
                                          Tel: (206) 623-7292
                                          jerrodp@hbsslaw.com

                                          Ben M. Harrington
                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                          715 Hearst Ave., Ste. 202
                                          Berkeley, CA 94710
                                          Tel: (510) 725-3000
                                          benh@hbsslaw.com

                                          Eric J. Harrison (*pro hac vice* forthcoming)
                                          ATTORNEY WEST SEATTLE
                                          5400 California Ave. SW Suite E
                                          Seattle, WA 98136
                                          Telephone: (206) 745-3738
                                          Email: eric@attorneywestseattle.com

                                          *Attorneys for Plaintiffs*