| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Ben M. Harrington (SBN 313877) | David L. Schrader, Bar No. 149638 |
| 715 Hearst Avenue, Suite 202 | david.schrader@morganlewis.com |
| Berkeley, CA 94710 | 300 South Grand Avenue |
| Telephone: (510) 725-3000 | Twenty-Second Floor |
| Facsimile:  (510) 725-3001 | Los Angeles, CA  90071-3132 |
| Email: benh@hbsslaw.com | Telephone: (213) 612-2500 |
| | Facsimile:  (213) 612-2501 |
| Jerrod C. Patterson (*pro hac vice*) | |
| 1301 Second Avenue, Suite 2000 | Brian M. Ercole |
| Seattle, WA 98101 | (admitted *pro hac vice*) |
| Telephone: (206) 623-7292 | brian.ercole@morganlewis.com |
| Facsimile:  (206) 623-0594 | Melissa M. Coates |
| Email: jerrodp@hbsslaw.com | (admitted *pro hac vice*) |
| | melissa.coates@morganlewis.com |
| Nathan Emmons (*pro hac vice*) | 600 Brickell Avenue, Suite 1600 |
| 455 North Cityfront Plaza Drive, Suite 2410 | Miami, FL  33131-3075 |
| Chicago, IL 60611 | Telephone: (305) 415-3000 |
| Telephone: (708) 625-4949 | Facsimile:  (305) 415-3001 |
| Email: nathane@hbsslaw.com | |
| | Mark A. Feller, Bar No. 319789 |
| ATTORNEY WEST SEATTLE | mark.feller@morganlewis.com |
| | One Market, Spear Street Tower |
| Eric J. Harrison (*pro hac vice*) | San Francisco, CA  94105-1126 |
| 5400 California Avenue SW Suite E | Telephone: (415) 442-1000 |
| Seattle, WA 98136 | Facsimile:  (415) 442-1001 |
| Telephone: (206) 745-3738 | |
| Email: eric@attorneywestseattle.com | |
| *Attorneys for Plaintiffs and the Proposed Classes* | *Attorneys for Defendant Tesla, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BUI-FORD, et al., | Case No. 4:23-cv-02321-JST |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE** |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, | |
| Defendant. | |

1      Plaintiffs William Walker, Afzal Damji, Chanrithy Meas, Edward Rumann, Theodore Smith, Allyson Bomhof, Victor Manuel, Charles Ward, Andrew Bucklin, and Lucas Butler ("Plaintiffs"), and Tesla, Inc. d/b/a Tesla Motors, Inc. ("Tesla") (collectively, the "Parties"), through their counsel of record, hereby stipulate as follows:

1.   WHEREAS, on March 26, 2024, the Court entered an initial case management order in the above-caption cause, setting, *inter alia*, class certification briefing and expert deadlines (*see* ECF No. 45);

2.   WHEREAS, the Parties have diligently litigated this matter and engaged in extensive good-faith negotiations regarding discovery;

3.   WHEREAS, Tesla substantially completed its production of documents on November 18, 2024, and Plaintiffs are currently reviewing the sufficiency of Tesla's production;

4.   WHEREAS, the Parties are negotiating dates for the named Plaintiffs' depositions and vehicle inspections;

5.   WHEREAS, the Parties have met and conferred and agree that (i) good cause exists for an extension and (ii) a three-month extension will allow the parties sufficient time to complete the discovery necessary for class certification briefing;

6.   WHEREAS, during the November 22, 2024 status conference (and in prior joint case management statements), the Parties alerted the Court that they would be requesting an extension of the class certification schedule and were discussing the scope of the requested extension;

NOW THEREFORE, the Parties stipulate that there is good cause to order the following schedule for amended class certification briefing and class expert deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' vehicle inspection and deposition deadline[1] | [None] | March 10, 2025 |
| Class certification motion and Plaintiffs' class certification expert disclosures due | January 31, 2025 | April 30, 2025 |

---

[1] The Parties are concurrently submitting a separate stipulation as to the deadline for completing vehicle inspections, along with a proposed protocol for those inspections, in accordance with Magistrate Judge Kim's November 25, 2024 directive.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE - 2                    Case No. 4:23-cv-02321

| | | |
|---|---|---|
| Plaintiffs' expert(s) deposition(s) | February 28, 2025 | May 30, 2025 |
| Class certification opposition and Defendants' class certification expert disclosures due | March 31, 2025 | June 30, 2025 |
| Tesla's expert(s) deposition(s) deadline | April 21, 2025 | July 21, 2025 |
| Class certification expert discovery cut-off | April 30, 2025 | July 31, 2025 |
| Class certification reply due | April 30, 2025 | July 31, 2025 |

7. Electronic signatures are sufficient to execute this stipulation.

| | |
|---|---|
| By: */s/ Jerrod C. Patterson* | By: */s/ Brian M. Ercole (with permission)* |
| HAGENS BERMAN SOBOL SHAPIRO LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Jerrod C. Patterson (*pro hac vice*)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>Email: jerrodp@hbsslaw.com | David L. Schrader, Bar No. 149638<br>david.schrader@morganlewis.com<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA  90071-3132<br>Telephone: (213) 612-2500<br>Facsimile:  (213) 612-2501 |
| Ben M. Harrington (SBN 313877)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br>Email: benh@hbsslaw.com | Brian M. Ercole<br>(admitted *pro hac vice*)<br>brian.ercole@morganlewis.com<br>Melissa M. Coates<br>(admitted *pro hac vice*)<br>melissa.coates@morganlewis.com |
| Nathan Emmons (*pro hac vice*)<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>Telephone: (708) 625-4949<br>Email: nathane@hbsslaw.com | 600 Brickell Avenue, Suite 1600<br>Miami, FL  33131-3075<br>Telephone: (305) 415-3000<br>Facsimile:  (305) 415-3001 |
| ATTORNEY WEST SEATTLE | Mark A. Feller, Bar No. 319789<br>mark.feller@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 |
| Eric J. Harrison (*pro hac vice*)<br>5400 California Avenue SW Suite E<br>Seattle, WA 98136<br>Telephone: (206) 745-3738<br>Email: eric@attorneywestseattle.com | |
| *Attorneys for Plaintiffs and the Proposed Classes* | *Attorneys for Defendant Tesla, Inc.* |

## SIGNATURE ATTESTATION

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 9, 2024      */s/ Jerrod C. Patterson*
                                                  Jerrod C. Patterson

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE - 4              Case No. 4:23-cv-02321

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____December 11_____, 2024

_____
The Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE - 5                    Case No. 4:23-cv-02321