| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Ben M. Harrington (SBN 313877) | David L. Schrader, Bar No. 149638 |
| 715 Hearst Avenue, Suite 202 | david.schrader@morganlewis.com |
| Berkeley, CA 94710 | 300 South Grand Avenue |
| Telephone: (510) 725-3000 | Twenty-Second Floor |
| Facsimile: (510) 725-3001 | Los Angeles, CA 90071-3132 |
| Email: benh@hbsslaw.com | Telephone: (213) 612-2500 |
| | Facsimile: (213) 612-2501 |
| Jerrod C. Patterson (*pro hac vice*) | |
| 1301 Second Avenue, Suite 2000 | Brian M. Ercole |
| Seattle, WA 98101 | (admitted *pro hac vice*) |
| Telephone: (206) 623-7292 | brian.ercole@morganlewis.com |
| Facsimile: (206) 623-0594 | Melissa M. Coates |
| Email: jerrodp@hbsslaw.com | (admitted *pro hac vice*) |
| | melissa.coates@morganlewis.com |
| Nathan Emmons (*pro hac vice*) | 600 Brickell Avenue, Suite 1600 |
| 455 North Cityfront Plaza Drive, Suite 2410 | Miami, FL 33131-3075 |
| Chicago, IL 60611 | Telephone: (305) 415-3000 |
| Telephone: (708) 625-4949 | Facsimile: (305) 415-3001 |
| Email: nathane@hbsslaw.com | |
| | Mark A. Feller, Bar No. 319789 |
| ATTORNEY WEST SEATTLE | mark.feller@morganlewis.com |
| | One Market, Spear Street Tower |
| Eric J. Harrison (*pro hac vice*) | San Francisco, CA 94105-1126 |
| 5400 California Avenue SW, Suite E | Telephone: (415) 442-1000 |
| Seattle, WA 98136 | Facsimile: (415) 442-1001 |
| Telephone: (206) 745-3738 | |
| Email: eric@attorneywestseattle.com | |
| *Attorneys for Plaintiffs and the Proposed Classes* | *Attorneys for Defendant Tesla, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BUI-FORD, *et al.*, | Case No. 3:23-cv-02321 |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FEBRUARY 21, 2025, STATUS CONFERENCE** |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, | |
| Defendant. | Dist. Judge: Jon S. Tigar<br>Mag. Judge: Sallie Kim |

1   Plaintiffs William Walker, Afzal Damji, Chanrithy Meas, Edward Rumann, Theodore Smith, Allyson Bomhof, Victor Manuel, Charles Ward, Andrew Bucklin, Sun Cao, and Lucas Butler ("Plaintiffs") and Tesla, Inc. d/b/a Tesla Motors, Inc. ("Defendant") (collectively, the "Parties"), through their counsel of record, hereby stipulate as follows:

1. WHEREAS, on November 22, 2024, the Court held a status conference in the above-captioned cause (*see* ECF No. 64);

2. WHEREAS, following the hearing, the Court ordered the Parties to submit an updated joint case management statement by February 14, 2025, and scheduled a further case management conference on February 21, 2025, at 1:30 PM PT, via Zoom webinar (*id.*);

3. WHEREAS, Plaintiffs' counsel have vacation plans and other conflicts, and are not available to attend the February 21, 2025, case management conference; and

4. WHEREAS, a continuance of the case management statement deadline and case management conference will not affect any other presently set deadlines;

NOW THEREFORE, the Parties request that the Court continue both deadlines for two weeks, with a new case management statement deadline of February 28, 2025, and a case management conference on March 7, 2025.

By: */s/ Jerrod C. Patterson*
HAGENS BERMAN SOBOL SHAPIRO LLP

Jerrod C. Patterson (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: jerrodp@hbsslaw.com

Ben M. Harrington (SBN 313877)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com

Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611

By: */s/   Brian M. Ercole*
MORGAN, LEWIS & BOCKIUS LLP

David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

Brian M. Ercole
(admitted *pro hac vice*)
brian.ercole@morganlewis.com
Melissa M. Coates
(admitted *pro hac vice*)
melissa.coates@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3000

| | | |
|---|---|---|
| 1 | Telephone: (708) 625-4949 | Facsimile: (305) 415-3001 |
| 2 | Email: nathane@hbsslaw.com | Mark A. Feller, Bar No. 319789 |
| 3 | ATTORNEY WEST SEATTLE | mark.feller@morganlewis.com |
| 4 | Eric J. Harrison (*pro hac vice*) | One Market, Spear Street Tower |
|   | 5400 California Avenue SW, Suite E | San Francisco, CA  94105-1126 |
| 5 | Seattle, WA 98136 | Telephone: (415) 442-1000 |
|   | Telephone: (206) 745-3738 | Facsimile:  (415) 442-1001 |
| 6 | Email: eric@attorneywestseattle.com | |
|   | | *Attorneys for Defendant Tesla, Inc.* |
| 7 | *Attorneys for Plaintiffs and the Proposed Classes* | |

## SIGNATURE ATTESTATION

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 13, 2025        */s/ Jerrod C. Patterson*
                                                Jerrod C. Patterson

JOINT REQUEST FOR CONTINUANCE OF
STATUS CONFERENCE                    3                    Case No. 4:23-cv-02321

# [PROPOSED] ORDER

The Court hereby continues the deadlines set in its November 22, 2024, Order (ECF No. 64) as follows:

1. An Updated Joint Case Management Statement is due by ~~February 28~~ March 14, 2025.
2. A further Case Management Conference is set for March ~~7~~ 21, 2025, at   1:30 p.m.   - Videoconference Only. This proceeding will be held via a Zoom webinar.

   February 14   , 2025

_____
The Honorable Jon S. Tigar
United States District Judge