UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BUI-FORD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-02321-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court having reviewed the parties' most recent case management statement, ECF No. 80, and it appearing that there currently are no matters requiring the Court's attention, and given that Plaintiffs will shortly be filing their motion for class certification, the case management conference scheduled for March 21, 2025 is vacated.

**IT IS SO ORDERED.**

Dated:  March 20, 2025



　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　United States District Judge