UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS BUTLER, et al., | Case No. 23-cv-02321-JST |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| TESLA, INC., | Re: ECF No. 82 |
| Defendant. | |

The parties have filed a notice of settlement in the form of a stipulation requesting a 30-day stay.  ECF No. 82.  They state that they "have reached an agreement to settle the matter on an individual (i.e., non-class) basis and are in the process of memorializing their settlement in principle through a written settlement agreement."  *Id.* at 2.  Because the parties have settled this matter on a non-class basis, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated:  May 1, 2025

_____
JON S. TIGAR
United States District Judge